**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ANTHONY TEMPLE,**                                                                              **PLAINTIFF**
**ADC #162890**

v.                                          **CASE NO. 4:16CV271 BSM**

**JOHN DOES et al.**                                                                             **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") filed by United States Magistrate Judge Beth Deere and plaintiff Anthony Temple's objections thereto have been reviewed. After careful considering these documents and reviewing the record *de novo*, the PRD is hereby adopted in all respects and defendant Pulaski County Regional Detention Facility is dismissed with prejudice.

IT IS SO ORDERED this 14th day of July 2016.


_____
UNITED STATES DISTRICT JUDGE