IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY TEMPLE,
ADC #162890                                                                                          PLAINTIFF

V.                        CASE NO. 4:16-CV-271-BSM-BD

JOHN DOES, et al.                                                                                DEFENDANTS

RECOMMENDED DISPOSITION

I.   **Procedures for Filing Objections**:

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

II.  **Discussion**:

Plaintiff Anthony Temple filed this lawsuit without the help of a lawyer and is proceeding without the help of a lawyer. (Docket entry #2)  The Court requires a plaintiff who is not represented by counsel to keep the Court informed as to his or her current address.  Local Rule 5.5.

On January 13, 2017, Mr. Temple was given thirty days to notify the Court of his new address, after mail from the court was returned as undeliverable. (#34) The Court specifically cautioned Mr. Temple that his claims could be dismissed if he failed to comply with the Order to update his address. (#34) To date, Mr. Temple has failed to comply with the Court's Order, and the time for doing so has passed.

### III. Conclusion:

The Court recommends that Mr. Temple's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 13, 2017 Order.

DATED this 17th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE