IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY TEMPLE
ADC #162890                                                                  PLAINTIFF

v.                      CASE NO. 4:16-CV-271-BSM

JOHN DOES, et al.                                                          DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 36] from United States Magistrate Judge Beth Deere has been received. The parties have not filed objections. After careful review the recommended disposition is adopted in its entirety, and plaintiff Anthony Temple's case is dismissed without prejudice. Furthermore, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of April 2017.

_____
UNITED STATES DISTRICT JUDGE